JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUHANI BUSTAMANTE,<br>　　　　Petitioner,<br>　　v.<br>W.L. MONTGOMERY, Warden,<br>　　　　Respondent. | Case No. LA CV 15-7122 SJO (JCG)<br><br>**JUDGMENT** |

　　IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: September 22, 2016

　　　　　　　　　　　　　　　　_S. James Otero_
　　　　　　　　　　　　　　　　HON. S. JAMES OTERO
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE